# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GABRIEL MANGUM,<br><br>    Defendant. | No. 17-MJ-224-CJW<br><br>**ORDER FINDING PROBABLE CAUSE** |

_____

On July 18, 2017, this matter came on for hearing on defendant's request for a preliminary hearing. The government charged defendant by criminal complaint with escape from the custody from the Federal Bureau of Prisons. The Government was represented by Assistant United States Attorneys Lyndie Freeman and Emily Nydle. The Defendant appeared personally and was represented by his attorney, Assistant Federal Public Defender Jill Johnston. The government called Deputy United States Marshal Dorsey Covenah as a witness. For the reasons stated by the Court on the record at the time of hearing, the Court concludes that the government established probable cause to believe defendant was in the custody of the Federal Bureau of Prisons on June 20, 2017, when he willfully failed to return to the facility after leaving to attend his employment.

## ORDER

IT IS THEREFORE ORDERED as follows:

The government established probable cause to believe defendant committed the crime of escape from the custody of the Federal Bureau of Prisons in violation of Title 18, United States Code, Section 751.

DATED this 19th day of July, 2017.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa